Patrice Munselle CARTER,
Plaintiff–Appellant,

v.

FLUVANNA CORRECTIONAL CENTER FOR WOMEN, Patricia Huffman, Warden, Fluvanna Medical Department, Health Services, Fred Schilling, Faye Garnett, Anthony Lynch, Director of Nurses, Defendants–Appellees.

No. 03–6769.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 8, 2003.

Patrice Munselle Carter, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Patrice Munselle Carter appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Carter v. Fluvanna Corr. Ctr. for Women,* No. CA–03–286–7 (W.D.Va. Apr. 28, 2003). We deny the motion for

appointment of appellate counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*